1014

No. 80–1674. CONSUMERS POWER CO. ET AL. *v.* UTILITY WORKERS UNION OF AMERICA, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alessi* v. *Raybestos-Manhattan, Inc., ante,* p. 504.

No. 80–5084. LEUSCHNER *v.* MARYLAND. Ct. Sp. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona, ante,* p. 477.

No. 80–5258. MONROE *v.* IDAHO. Sup. Ct. Idaho. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona, ante,* p. 477.

No. 80–5640. WANTLAND *v.* MARYLAND. Ct. Sp. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona, ante,* p. 477. JUSTICE BLACKMUN dissents and would deny certiorari. JUSTICE POWELL and JUSTICE REHNQUIST dissent.

No. 80–5799. JAMES *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona, ante,* p. 477. JUSTICE STEWART, JUSTICE POWELL, and JUSTICE REHNQUIST dissent. JUSTICE BLACKMUN dissents and would deny certiorari.